UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN HERRERA, JR., | No. 2:15-cv-0053 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| S. FRAUENHEIM, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. On April 23, 2015, this court directed respondent to file a response to petitioner's First Amended Petition (FAP) within 60 days. See ECF No. 10. Presently pending is petitioner's motion, filed May 18, 2015, for leave to file and proceed on his concurrently-filed Second Amended Petition (SAP). See ECF No. 13. Review of the SAP demonstrates, as petitioner asserts, that it is identical to his FAP, but includes all of petitioner's intended exhibits. For good cause shown, the court will grant petitioner's motion and extend respondent's time for responding to the SAP.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to file his Second Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, ECF No. 13, is granted.

2. The Clerk of Court is directed to detach and separately file petitioner's Second

1

1  Amended Petition (currently set forth at ECF No. 13-1 at 2-108).

2     3. Respondent shall have an additional 21 days to file a response, up to and including July
3  13, 2015.

4  DATED: May 26, 2015

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE